# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00694-CV

**Michael T. Richey a/k/a Mikey Richie, Appellant**

**v.**

**Bobby Don Hart, Jr. and Bradley Wayne Pierce, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 10-1860-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion to dismiss this appeal, explaining that the underlying judgment has been paid in full and the parties desire that the appeal be dismissed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed: December 18, 2012